IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IESEN MIELCAREK, | ) |
| | ) Case No.: 18 cv 1059 |
| Plaintiff, | ) |
| | ) Judge: Hon. Jorge L. Alonso |
| | ) |
| v. | ) Magistrate Judge Gilbert |
| | ) |
| LOANDEPOT.COM, LLC, d/b/a | ) |
| LOANDEPOT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF AND DEFENDANT'S JOINT MOTION TO STRIKE SETTLEMENT CONFERENCE PROCEDURES

Plaintiff, IESEN MIELCAREK, and Defendant, LOANDEPOT.COM, LLC, d/b/a LOANDEPOT, by and through their respective attorneys, and in support of their joint motion to strike any current settlement conference procedures, state as follows:

1.     Plaintiff has filed a complaint alleging claims for violations of the Fair Credit Reporting Act and the Equal Credit Opportunity Act.  (Dkt. No. 1.)

2.     Defendant has answered the complaint and raised affirmative defenses. (Dkt. No. 12.)

3.     Pursuant to the Court's order, on April 5, 2018, the parties filed a joint status report. (Dkt. No. 13.) In the status report, the parties relayed that they were not requesting a settlement conference before the magistrate judge at the present time, and that they did not consent to proceed before the magistrate judge for all purposes. (*Id.* at 3-4.)

4.     At the initial status hearing, the parties reiterated that their clients were not interested in a settlement conference at this time. At that time, the judge indicated that he was referring the case to the magistrate judge for the purposes of discovery.

5.     On April 10, 2018, the court entered an order referring the case to the magistrate judge for the purposes of discovery supervision and a settlement conference. (Dkt. No. 15.)

6.     Afterwards, the magistrate judge entered an order referring the parties to his standing order regarding settlement conference, and requiring the parties to exchange settlement letters, which is the initial step leading to a settlement conference before the magistrate judge. (Dkt. No. 16.)

7.     Counsel for both parties have conferred and agree that, pursuant to their statements in the joint report and at the initial status hearing, while their clients may be inclined to attempt to resolve this case via a settlement conference in the future, the parties do not believe that proceeding to a settlement conference before the magistrate at this time and going through the necessary procedures associated with that option would be fruitful.

8.     Thus, the parties respectfully request that the magistrate judge strike any current settlement conference procedures.

9.     The parties do not oppose proceeding before the magistrate judge for the purposes of discovery oversight, as was discussed at the initial status hearing.

WHEREFORE, Plaintiff, IESEN MIELCAREK, and Defendant, LOANDEPOT.COM, LLC, d/b/a LOANDEPOT, respectfully jointly request that this Court strike any current settlement conference procedures, and for any other relief that this Court deems equitable and just.

Counsel for Plaintiff

s/David M. Marco (with consent)
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 120
Chicago, IL 60603
Ph: (312)546-6539
Fx: (312)888-418-1277

Counsel for Defendant

s/Louis J. Manetti, Jr.
Louis J. Manetti, Jr.
Hinshaw & Culbertson LLP
222. N. LaSalle Street, Suite 300
Chicago, IL 60601
Ph: (314) 704-3000

301727467v1 1007334

dmarco@smithmarco.com

lmanetti@hinshawlaw.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2018, a copy of the forgoing **Joint Motion to Strike any current settlement conference procedures** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:  /s/*Louis J. Manetti, Jr.*
Louis J. Manetti, Jr.
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Phone No.: 312-704-3000
Fax No. 312-704-3001
lmanetti@hinshawlaw.com

4

301727467v1 1007334